Charles H. C. BEAKES v. Leo FASSLER. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Application denied, with $10 costs. Order signed.

Robert A. BEATTY v. Gustave L. ROSENBERG. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Motion denied, with $10 costs, and stay vacated. Order filed.

Lorenzo BEEMAN and Robert Beeman, applts., v. AMERICAN EXPRESS CO., respt. (Supreme Court, Appellate Division, Third Department. September 28, 1916.) Motion denied.

Leslie BELDEN, appellant, v. NORTHERN HOTEL COMPANY, respondent. (Supreme Court, Appellate Division, Second Department. October 6, 1916.) This is an action brought under the employers' liability provisions of the Labor Law. There is evidence that the valve, the blowing out of which caused the injury, could not have blown out unless the threads were defective; that this defect could not have been discovered through the ordinary observation of the person using it, but could be discovered by inspection on the part of the person charged with the duty of making due inspection; and there is evidence that it was customarily the duty of the chief engineer to make that inspection. To dismiss the complaint at the close of plaintiff's case, notwithstanding this evidence, was error. Judgment and order reversed, and new trial granted. Costs to abide the event. Jenks, P. J., and Carr, Stapleton, Mills, and Putnam, JJ., concur.

Hattie E. BELL v. Bridget ELLIS, etc. (Supreme Court, Appellate Division, First Department. July 10, 1916.) Motion to dismiss appeal granted, with $10 costs. Order filed.

John BELTZ, Respondent, v. BUFFALO, ROCHESTER & PITTSBURGH RAILWAY COMPANY, Appellant. (Supreme Court, Appellate Division, Fourth Department. December, 1915.) Judgment and order affirmed, with costs. All concurred, except Foote, J., who dissented.

William W. BENSON, applt., v. Sherman W. HONEYMAN, respt. (Supreme Court, Appellate Division, Fourth Department. October 4, 1916.) Motion to dismiss appeal granted, unless appellant file and serve printed papers on appeal and pay to respondent's attorney $10 within 10 days and be ready to argue the appeal on October 16th.

B. F. GOODRICH CO., respt., v. Albert M. ZIMBRICH, applt. (Supreme Court, Appellate Division, Fourth Department. October 18, 1916.) Judgment affirmed, with costs. All concur.

In the Matter of Matthew M. BLACK, an attorney. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Motion granted, and proceedings dismissed.

Ellen S. BONNETTE as Ex'trix, Respt., v. Joseph A. MOLLOY, Applt. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Order affirmed, with $10 costs and disbursements. No opinion. Order filed.

John BOSSERT and Charles V. Bossert, etc., respondents, v. Annie E. DUCKER and Ducker Company, appellants, and others, defendants. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Judgment of the County Court of Kings County modified, by allowing as credits on the bond indebtedness items specified in defendants' sixth proposed finding of fact, and by making deductions in interest accordingly, and, as so modified, affirmed, without costs. No opinion. Jenks, P. J., and Carr, Stapleton, Mills, and Putnam, JJ., concur. Settle order before Mr. Justice Stapleton.

In the Matter of BOWERY SAVINGS BANK, Applt. In re Elizabeth M. MURPHY, Applt. Edward F. Martin and William J. Martin, Respts. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Order affirmed, with $10 costs and disbursements to respondents Martin. No opinion. Order filed.

Lucy W. BOYLE, respondent, v. Frank J. HAYES and John N. Boylan, as executors, etc., of John B. Salter, deceased, appellants. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Motion to resettle order denied.

Orwell A. BRACE, as Administrator, etc., Respondent, v. BATH & HAMMONDSPORT RAILROAD COMPANY, Appellant. (Supreme Court, Appellate Division, Fourth Department. December, 1915.) Order affirmed, with costs. See, also, 166 App. Div. 961, 154 N. Y. Supp. 931. All concur.

Anna Horstmann BRAUN, respondent, v. Henry MEYER and Marguerite Meyer, appellants. (Supreme Court, Appellate Division, Second Department. July 28, 1916.) Judgment and order of the County Court of Richmond County unanimously affirmed, with costs. No opinion.

Anna Horstmann BRAUN, respondent, v. Henry MEYER and another, appellants. (Supreme Court, Appellate Division, Second Department. September 29, 1916.) Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied.

Charles N. BRIZSE, Respt., v. Frederick J. LISMAN et al., Applts. (Supreme Court, Appellate Division, First Department. October 13, 1916.) Order reversed, with $10 costs and disbursements, and motion granted to the extent stated in order. No opinion. Order filed. Dowling and Smith, JJ., dissent.

William BRODIE, respondent, v. NEW YORK & QUEENS ELECTRIC LIGHT & POWER COMPANY, appellant. (Supreme Court, Appellate Division, Second Department.